# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LANCE EALY,

       Petitioner,  :  Case No. 3:15-cv-308

-vs-

          District Judge Thomas M. Rose

SHERIFF ROBERT JONES, et al.,      Magistrate Judge Michael R. Merz

       Respondents.  :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

      The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 3), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

      Accordingly, ORDERED that the Petition for Writ of Habeas Corpus is STRICKEN.

September 28, 2015          *s/Thomas M. Rose

                                          Thomas M. Rose
                                   United States District Judge